Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed April 19, 1921.

A. G. Murray, for plaintiff in error. No appearance for defendants in error.

Mr. Justice Eldredge delivered the opinion of the court.

---

**H. M. Nutterfield, appellee, v. Alfred Dunn, appellant.**

Assumpsit to recover an overpayment on a sale of hogs. Verdict and judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Acton & Acton, for appellant. Lindley, Penwell & Lindley, for appellee; Walter C. Lindley, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.

---

**W. J. Skinner, appellant, v. R. E. Parks, appellee.**

Suit to recover the advance payment made on a land contract. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Carey E. Barnes, for appellant. William E. Fain, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

**C. L. Aygarn, plaintiff in error, v. C. A. Larson, defendant in error.**

Action on the case for personal injuries received when plaintiff was struck by defendant's automobile. Verdict directed for defendant. Error to the Circuit Court of Ford county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed April 19, 1921.

Schneider & Schneider, for plaintiff in error. Livingston & Whitmore, for defendant in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**William Hughes Diller and Isaac R. Diller, plaintiffs in error, v. Standard Accident Insurance Company, defendant in error.**

Suit in equity to reform and enforce a policy of automobile liability insurance. Decree for defendant. Error to the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921. *Certiorari* denied by Supreme Court (making opinion final).

T. W. Quinlan, for plaintiffs in error. Conkling & Irwin and Anderson, Gilbert & Hayden, for defendant in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Joseph Anderson, defendant in error, v. John Anderson et al., plaintiffs in error.**

Suit in equity to enforce assignments of interest in an estate. Decree for plaintiff. Error to the Circuit Court of .Coles county;

the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

A. C. & B. F. Anderson, for plaintiffs in error. Charles Wallace and Charles C. Lee, for defendant in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Joseph T. Delfosse, appellant, v. Mary A. Whalen, administratrix of the estate of A. M. Applegate, deceased, appellee.**

Suit against administratrix on a promissory note signed by intestate as surety. Judgment for defendant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

George L. Schein and Louis T. Graham, for appellant; Francis L. Brinkman and Ernest Schein, of counsel. W. E. Williams and A. Clay Williams, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**J. F. Hare, coroner, for use of L. J. West, plaintiff in error, v. Clifford Arrowsmith et al., defendants in error.**

Action in debt on a replevin bond. Judgment for defendants. Error to the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the October term, 1920. Reversed with finding of facts and judgment here. Opinion filed April 19, 1921.

A. E. and R. C. DeMange, for plaintiff in error. Livingston & Whitmore, for defendants in error.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Flora M. Nelson, appellee, v. Richard Elmer Nelson, appellant.**

Suit for separate maintenance. Appeal by defendant from an order allowing attorneys' fees. Appeal from the Circuit Court of Hancock county; the Hon. Robert J. Grier, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

Williams & Williams and Mack & Mack, for appellant. O'Harras, Wood & Walker, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Addie M. Tobias, appellee, v. Illinois Central Railroad Company, appellant.**

Action for balance due for services in preparing a bill of exceptions. Verdict and judgment in favor of plaintiff in circuit court on appeal from justice's court. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed April 19, 1921.

H. L. Jones and Oris Barth, for appellant; John G. Drennan, of counsel. Dobbins & Dobbins, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**C. S. Bryant, appellee, v. Joseph Smith, appellant.**

Replevin to recover hogs. Verdict in circuit court in favor of